The Honorable RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WILLIAM D. WEBSTER,<br><br>                    Plaintiff,<br><br>       v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF RETIREMENT SYSTEMS,<br><br>                    Defendant. | NO. C09-5776 RBL<br><br>ORDER GRANTING THE DEFENDANT DEPARTMENT OF RETIREMENT SYSTEMS MOTION FOR RELIEF FROM DEADLINE |

THIS MATTER having come before the Court without oral argument on Defendant's Motion for Relief from Deadline, Declaration of Ann C. Essko, and Declaration of Debbie Anderson (Doc 11 ,12 , and13 ) and the Court, having reviewed the records and files herein does hereby find and ORDER:

1. The Defendant's Motion for Relief from Deadline (Doc. 11 ,12, and 13, ) is hereby GRANTED.

2. The Plaintiffs Motion for Summary Judgment, Show Cause and Request for Expedited Hearing is denied without prejudice.  The Plaintiff may refile his motion after the parties have conferred and submitted a Combined Joint Status Report and Discovery Plan pursuant to this Courts Minute Order Regarding Initial Disclosures, (Doc 9) and after (and compliance with) the overall scheduling order issued by this Court pursuant to FRCP 16.

1   DATED this 20th day of May, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

ROBERT M. MCKENNA
Attorney General


/s/ Ann E. Essko
ANN C. ESSKO, WSBA No. 15472

/s/ Kathryn Wyatt
KATHRYN WYATT, WSBA No. 30916
Assistant Attorneys General
Attorneys for Department of Retirement Systems