HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM WEBSTER,
               Plaintiff,

v.

STATE OF WASHINGTON, dba
WASHINGTON DEPARTMENT OF
RETIREMENT SYSTEMS

               Defendant.

Case No. 09-5776RBL

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION

THIS MATTER is before the court on Plaintiff's Motion for Reconsideration [Dkt. #20] of the Court's Order [Dkt. #16] Denying Plaintiff's Motion for Summary Judgment [Dkt. # 10].

Under Local Rule CR7(h), motions for reconsideration are disfavored and will be denied absent a showing of manifest error or a showing of new facts or legal authority which could not have been presented earlier with reasonable diligence. That standard has not been met in this case.

//

//

/

ORDER
Page - 1

1 | The Motion for Reconsideration [Dkt. #20] is **DENIED.**

2 | **IT IS SO ORDERED.**

Dated this 30th day of June, 2010.

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2