HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM D. WEBSTER,

        Plaintiff,

     v.

STATE OF WASHINGTON, DEPARTMENT OF RETIREMENT SYSTEMS,

        Defendants.

Case No. C09-5776 RBL

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION [Dkt. #48]

      This matter is before the Court on Plaintiffs' Motion for Reconsideration [Dkt. #48]. The Court has reviewed and considered the Motion.

      Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier. Local Rule 7(h). This standard has not been met in this case, and the Court will not Reconsider its prior ruling [Dkt. #46].

      It is ORDERED that Plaintiffs' Motion for Reconsideration [Dkt. #48] is DENIED.

      Dated this 22nd day of December, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1